IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| NEIL ROBINSON, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:12-cv-2410-KOB-TMP |
| ERIC H. HOLDER, Jr.; *et al.*, | ) |
| Respondents. | ) |

**O R D E R**

On March 26, 2013, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot because the petitioner is no longer in ICE custody pursuant to an order of supervision. (Doc. 12). To date, no party has filed any objections. The Report and Recommendation mailed to petitioner at the only known address has been returned as undeliverable. (Doc. 13).

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court ADOPTS the magistrate judge's report, and ACCEPTS his recommendation. Consequently, the court finds that the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 is due to be dismissed as moot because the petitioner has been released from ICE custody pursuant to an order of supervision. Therefore, the court DISMISSES the habeas petition as MOOT.

DONE and ORDERED this 15th day of April, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE